FILED
CLERK, U.S. DISTRICT COURT

OCT - 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GENES INDUSTRY CO., <br><br> Plaintiff, <br><br> v. <br><br> CUSTOM BLINDS AND COMPONENTS INC., <br><br> Defendant. | CASE NO. SACV15-0476 AG (Ex) <br><br> REDACTED VERDICT |

## JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**A. Direct Infringement**

    1. Has Genes proven that, more likely than not, CBC's High Performance Cord Tilter contains every requirement of Claim 1 of the '204 Patent?

    Yes  ✗      No ____

If your answer to question 1 is "yes," skip question 2 and go to question 3. If your answer to question 1 is "no," go to question 2.

**B. Infringement Under the Doctrine of Equivalents**

    2. Has Genes proven that, more likely than not, CBC's High Performance Cord Tilter includes parts that are identical or equivalent to every requirement of Claim 1 of the '204 Patent? In other words, for any requirement of Claim 1 of the '204 Patent that is not literally found in CBC's High Performance Cord Tilter, does the CBC High Performance Cord Tilter have an equivalent part to that requirement?

    Yes ____      No ____

**C. Willful Infringement**

    3. Has the Genes proven that CBC willfully infringed Claim 1 of the '204 Patent?

    Yes  ✗      No ____

VERDICT FORM - Case No. 8:15-cv-00476-AG-E
- 2 -

**FINDINGS ON DAMAGES**

If you answered questions 1 or 2 "yes," proceed to answer the remaining questions. If you answered "no" for both questions 1 and 2, do not answer the remaining questions and proceed to check and sign the verdict form.

4. What lost profits, if any, did Genes show that it suffered as a result of sales that it would with reasonable probability have made but for CBC's infringement?

$ 1,018,343.00

5. For those infringing sales for which Genes did not prove its entitlement to lost profits, what is Genes entitled to as a reasonable royalty:

$ 0

**END**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Officer that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: Oct 6, 2017                              By _____
                                                    Presiding Juror