THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfriend.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

Attorneys for Plaintiff
GENES INDUSTRY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENES INDUSTRY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CUSTOM BLINDS AND COMPONENTS, INC., a California corporation,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 8:15-CV-00476-AG-E<br><br>[The Hon. Andrew J. Guilford]<br><br>**DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENHANCED DAMAGES AND ATTORNEYS FEES**<br><br>Date:   December 18, 2017<br>Time:  10:00 a.m.<br>Courtroom: 10D |

I, Sean M. Kneafsey, declare:

1. I am a partner with The Kneafsey Firm, Inc., attorneys for Plaintiff and Counter-Defendant Genes Industry, Inc. I am over the age of eighteen and have personal knowledge of the matters stated herein and if called, I would and could testify to the same.

2. Exhibit 2 is a true and correct copy of Trial Exhibit 2 admitted into evidence in this action.

3. Exhibit 21 is a true and correct copy of excerpts from Trial Exhibit 21 admitted into evidence in this action.

4. Exhibit 35 is a true and correct copy of Trial Exhibit 35 admitted into evidence in this action.

5. Exhibit 37 Exhibit 2 is a true and correct copy of Trial Exhibit 2 admitted into evidence in this action.

6. Exhibit 38 is a true and correct copy of Trial Exhibit 38 admitted into evidence in this action.

7. Exhibit 39 is a true and correct copy of Trial Exhibit 39 admitted into evidence in this action.

8. Exhibit 2 is a true and correct copy of Trial Exhibit 2 admitted into evidence in this action.

9. Exhibit 59 is a true and correct copy of Trial Exhibit 59 admitted into evidence in this action.

10. Exhibit 35 is a true and correct copy of Trial Exhibit 35 admitted into evidence in this action.

11. Exhibit 62 is a true and correct copy of Trial Exhibit 62 admitted into evidence in this action.

12. Exhibit 63 is a true and correct copy of Trial Exhibit 63 admitted into evidence in this action.

13.     Exhibit 64 is a true and correct copy of Trial Exhibit 64 admitted into evidence in this action.

14.     Exhibit 65 is a true and correct copy of Trial Exhibit 65 admitted into evidence in this action.

15.     Exhibit 66 is a true and correct copy of Trial Exhibit 66 admitted into evidence in this action.

16.     Exhibit 67 is a true and correct copy of Trial Exhibit 67 admitted into evidence in this action.

17.     Exhibit 68 is a true and correct copy of Trial Exhibit 68 admitted into evidence in this action.

18.     Exhibit 69 is a true and correct copy of Trial Exhibit 69 admitted into evidence in this action.

19.     Exhibit 72 is a true and correct copy of Trial Exhibit 72 admitted into evidence in this action.

20.     Exhibit 73 is a true and correct copy of Trial Exhibit 73 admitted into evidence in this action.

21.     Exhibit 74 is a true and correct copy of Trial Exhibit 74 admitted into evidence in this action.

22.     Exhibit 75 is a true and correct copy of Trial Exhibit 75 admitted into evidence in this action.

23.     Exhibit 76 is a true and correct copy of Trial Exhibit 76 admitted into evidence in this action.

24.     Exhibit 77 is a true and correct copy of Trial Exhibit 77 admitted into evidence in this action.

25.     Exhibit 78 is a true and correct copy of Trial Exhibit 78 admitted into evidence in this action.

26. Exhibit 79 is a true and correct copy of Trial Exhibit 79 admitted into evidence in this action.

27. Exhibit 80 is a true and correct copy of Trial Exhibit 80 admitted into evidence in this action.

28. Exhibit 81 is a true and correct copy of Trial Exhibit 81 admitted into evidence in this action.

29. Exhibit 82 is a true and correct copy of Trial Exhibit 82 admitted into evidence in this action.

30. Exhibit 90 is a true and correct copy of Trial Exhibit 90 admitted into evidence in this action.

31. Exhibit 200 is a true and correct copy of excerpts of the trial transcript for Trial Day 1, Volume 2, on October 3, 2017.

32. Exhibit 201 is a true and correct copy of experts of the trial transcript for Trial Day 2, Volume 1, on October 4, 2017.

33. Exhibit 202 is a true and correct copy of excerpts of Trial Day 2, Volume 2, on October 4, 2017.

34. Exhibit 203 is a true and correct copy of excerpts of Trial Day 3, Volume 1, on October 5, 2017.

35. Exhibit 204 is a true and correct copy of excerpts of the Deposition of Weil Liu which was played at trial in this action.

36. Exhibit 205 is a true and correct copy of the summary of the fees and costs incurred by Genes in this action.

37. Exhibit 206 is a true and copy of a summary of the fees and costs charged by The Kneafsey Firm in the above referenced action.

38. Exhibit 207 is a true and correct copy of The Kneafsey Firm Invoices – Part One with certain entries redacted for privacy and privilege.

- 4 -
KNEAFSEY DECLARATION IN SUPPORT OF MOTION FOR ENHANCED DAMAGES AND ATTORNEYS FEES

39. Exhibit 208 is a true and correct copy of The Kneafsey Firm Invoices --- Part Two with certain entries redacted for privacy and privilege.

40. Exhibit 209 is a true and correct copy of invoices from the Law Offices of Michael Chen. Mr. Chen is admitted to practice before the United States Patent Office and speaks fluent Mandarin and whose assistance was necessary in my prosecution of this matter. Mr. Chen has a B.S., M.S. in Chemical Engineering and is a graduate of the University of Denver, Sturm College of Law.

41. Exhibit 210 is a true and correct copy of the invoices of Dr. James Rice who testified at trial in this matter.

42. Exhibit 211 is a true and correct copy of the invoices of Dr. Jules Kamin who testified in trial in this matter.

43. Exhibit 212 is the current 2015-2016 USAO Attorney's Fees Laffey Matrix, which is used by the Department of Justice and is publicly available at https://www.justice.gov/usao-dc/file/796471/download.

44. The current AIPLA report is contained at www.aipla.org, AIPLA, *Report of the Economic Survey 2015* (Association Research, Inc.), p. 40.

45. I was admitted to the State Bar of California in 1995. I have been practicing in the area of civil litigation for over 20 years and have been practicing in the area of patent litigation for 17 years since the year 2000. I am the former President of the Los Angeles Intellectual Property Association. I am the founder of The Kneafsey Firm, Inc., and my former firm, Kneafsey & Friend LLP. I am admitted to practice in all state and federal courts in California. I have been admitted pro hac vice to practice in many different federal courts, including the U.S. District Courts for the Northern District of Illinois, Eastern District of Texas, and District of Minnesota. I was previously associated with other firms, including Kneafsey & Friend LLP (2007-2016), Cathcart Collins & Kneafsey LLP (2004-

1  2007), Hennigan, Bennett & Dorman LLP (2000-2003), Hancock Rothert &
2  Bunshoft LLP, (1997-2000) and Gassett, Perry & Frank (1994-1997).

3  46. Joyce J. Cho was admitted to the State Bar of California in 2008. She
4  is an associate attorney with The Kneafsey Firm, Inc., and has nine (9) years of
5  experience. She primarily represents individuals and businesses in commercial, real
6  estate, employment, and intellectual property disputes and general breach of contract
7  matters. Ms. Cho's intellectual property experience includes litigating patent,
8  copyright, and trademark matters both for plaintiffs and defendants. Her general
9  commercial and real estate litigation experience includes litigating business contract
10 disputes, corporate fraud and alter ego actions, and commercial and residential
11 unlawful detainer actions for both landlords and tenants. Ms. Cho also has
12 experience defending businesses against wage and hour actions and access
13 discrimination claims under the Americans with Disabilities Act (ADA Title II and
14 III), as well as representing employees in wage and hour, sexual harassment, and
15 wrongful termination actions against employers. In addition to litigation, Ms. Cho
16 has transactional experience drafting contracts such as business purchase and sale
17 agreements and lease agreements. She also handles trademark prosecution,
18 registration and maintenance with the United States Patent and Trademark Office
19 (USPTO), and personal injury and bankruptcy matters. Ms. Cho received her J.D.
20 from Loyola Law School. She graduated magna cum laude from the University of
21 California, Los Angeles where she received her undergraduate degree in History
22 with a minor in East Asian Languages and Cultures. Ms. Cho is fluent in Korean
23 and is an officer and director of the Korean Community Lawyers Association.

24 47. Kurt A. Dreibholz is a senior counsel with The Kneafsey Firm, Inc.,
25 and has seventeen (17) years of experience. Mr. Dreibholz focuses on business,
26 commercial, employment and real estate litigation in state, federal and bankruptcy
27 courts. He divides his time equally between state and federal court, and between

KNEAFSEY DECLARATION IN SUPPORT OF MOTION FOR ENHANCED DAMAGES AND ATTORNEYS FEES

prosecuting and defending claims.  Mr. Dreibholz's intellectual property experience includes litigating patent, copyright, and trademark matters both for plaintiffs and defendants.  Mr. Dreibholz has also handled trademark registrations with the United States Patent and Trademark Office.   He has prosecuted and defended claims involving the Uniform Commercial Code, the Song-Beverly Consumer Warranty Act, the Unfair Competition Law, the Computer Fraud and Abuse Act, misappropriation of trade secret, fraud, breach of contract, intentional interference with contractual relations, breach of fiduciary duty, alter ego, and false advertising.  He represented clients in other disputes involving real estate transactions, commercial leases, and the dissolution and winding up of small companies.  Mr. Dreibholz has also represented international air carriers, motor carriers, shippers and leasing companies in cases involving mass air disasters, leasing and financing, lessor and lender liability and the application of the Warsaw and Montreal Conventions, the Death on the High Seas Act, the Hague Convention and the Foreign Sovereign Immunities Act.  Mr. Dreibholz was previously associated with the internationally- and nationally-recognized law firms of Clyde & Co. LLP and Morris Polich & Purdy LLP (now Clark Hill, LLP).  Mr. Dreibholz graduated from Boston College, Université de Paris-Sorbonne, and Albany Law School of Union University.  Mr. Dreibholz was recognized as a Southern California Super Lawyer Rising Star in 2009, 2010 and 2011.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the date indicated below in Los Angeles, California.

DATED:  November 20, 2017        */s/ Sean M. Kneafsey*
                                 _____
                                 Sean M. Kneafsey

KNEAFSEY DECLARATION IN SUPPORT OF MOTION FOR ENHANCED DAMAGES AND ATTORNEYS FEES