JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Genes Industry Inc**, | Case No. SACV 15-00476 AG (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Custom Blinds and Components Inc**, | |
| Defendant. | |

The Court enters judgment for Plaintiff and against Defendant in the amount of $3,566,299, consisting of $3,000.000 in trebled damages, $400,000 in attorneys' fees, and $166,299 in pre-judgment interest.

Dated February 8, 2018

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT